**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

FREQUENCY SYSTEMS, LLC,

                Plaintiff,

    v.

WESTERN DIGITAL TECHNOLOGIES, INC.,

               Defendant.

**Civil Action No. 2:15-cv-704**

## ORDER

Having considered Plaintiff Frequency Systems, LLC's ("Plaintiff") Notice of Voluntary Dismissal the Court finds that good cause exists for granting the notice.  The Notice of Voluntary Dismissal is GRANTED.  All claims asserted by Plaintiff against Defendant Western Digital Technologies, Inc. are hereby dismissed with prejudice.  Each party will bear its own costs and attorneys' fees.

**SIGNED this 31st day of August, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE