**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FREQUENCY SYSTEMS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>LINKSYS INTERNATIONAL INC.,<br><br>            Defendant. | Civil Action No. 2:15-cv-697 |

### ORDER

Having considered Plaintiff Frequency Systems, LLC's ("Plaintiff") Notice of Voluntary Dismissal the Court finds that good cause exists for granting the notice. The Notice of Voluntary Dismissal is GRANTED. All claims asserted by Plaintiff against Defendant Linksys International Inc. are hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

**SIGNED this 2nd day of September, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE