**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| FREQUENCY SYSTEMS, LLC, | § | Civil Action No. 2:15-cv-00684-JRG-RSP |
| Plaintiff, | § § § § | |
| v. | § § | CONSOLIDATED LEAD CASE |
| ASUSTEK COMPUTER INC. ET AL, | § § § | |
| Defendant. | § § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**DEFENDANT NOVATEL WIRELESS, INC.**

Notice is hereby given that the undersigned attorney, Jeffrey D. Comeau, enters his appearance in this matter as counsel of record for Novatel Wireless, Inc., and consents to electronic service of all papers in this action.

> Jeffrey D. Comeau
> PAUL HASTINGS LLP
> 4747 Executive Drive
> Twelfth Floor
> San Diego, CA 92121-3114
> Telephone: (858) 458-3000
> Facsimile: (858) 458-3005
> jeffreycomeau@paulhastings.com

-2-

Dated: September 3, 2015                                    Respectfully submitted,

                                                            */s/ Jeffrey D. Comeau*
                                                            Jeffrey D. Comeau
                                                            CA Bar No. 259679
                                                            Paul Hastings LLP
                                                            4747 Executive Drive
                                                            Twelfth Floor
                                                            San Diego, CA  92121-3114
                                                            Telephone: (858) 458-3000
                                                            Facsimile: (858) 458-3005
                                                            jeffreycomeau@paulhastings.com

                                                            **COUNSEL FOR DEFENDANT**
                                                            **NOVATEL WIRELESS, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 3rd day of September, 2015.  As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).


                                                            */s/ Jeffrey D. Comeau*
                                                            Jeffrey D. Comeau