# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FREQUENCY SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC., ET AL.,<br><br>    Defendants. | Civil Action No. 2:15-cv-00684-JRG-RSP<br><br>LEAD CONSOLIDATION ACTION |
| FREQUENCY SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KYOCERA INTERNATIONAL, INC., &<br>KYOCERA CORPORATION,<br><br>    Defendants. | Civil Action No. 2:15-cv-00695-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT KYOCERA COMMUNICATIONS, INC.

Notice is hereby given that M. Andrew Woodmansee enters his appearance in this matter as counsel of record for Kyocera Communications, Inc., and consents to electronic service of all papers in this action.

                        M. Andrew Woodmansee
                        Morrison & Foerster LLP
                        12531 High Bluff Dr., Suite 100
                        San Diego, California  92130
                        Telephone: (858) 720-5100
                        Facsimile: (858) 720-5125
                        MAWoodmansee@mofo.com

2

Dated: September 3, 2015               MORRISON & FOERSTER LLP


                                            By:  /s/M. Andrew Woodmansee
                                                  M. Andrew Woodmansee (CA Bar No. 201780)
                                                  MAWoodmansee@mofo.com
                                                  Christian G. Andreu-von Euw (CA Bar No. 265360)
                                                  Christian@mofo.com
                                                  Morrison & Foerster LLP
                                                  12531 High Bluff Drive, Suite 100
                                                  San Diego, California  92130-2040
                                                  Telephone:   858.720 5100
                                                  Facsimile:   858.720.5125

                                                  Melissa R. Smith (24001351)
                                                  Melissa@gillamsmithlaw.com
                                                  Gillam & Smith LLP
                                                  303 South Washington Avenue
                                                  Marshall, Texas  75670
                                                  Telephone:   903-934-8450
                                                  Facsimile:   903-934-9257

                                                  Attorneys for Defendant
                                                  KYOCERA COMMUNICATIONS, INC.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 3rd day of September, 2015. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A)

                                                /s/M. Andrew Woodmansee
                                                M. Andrew Woodmansee
                                                MAWoodmansee@mofo.com