# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FREQUENCY SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC., ET AL.,<br><br>        Defendants. | Civil Action No. 2:15-cv-00684-JRG-RSP<br><br>LEAD CONSOLIDATION ACTION |
| FREQUENCY SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>KYOCERA INTERNATIONAL, INC., &<br>KYOCERA CORPORATION,<br><br>        Defendants. | Civil Action No. 2:15-cv-00695-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT KYOCERA COMMUNICATIONS, INC.

Notice is hereby given that Christian G. Andreu-von Euw enters his appearance in this matter as counsel of record for Kyocera Communications, Inc., and consents to electronic service of all papers in this action.

        Christian G. Andreu-von Euw
        Morrison & Foerster LLP
        12531 High Bluff Dr., Suite 100
        San Diego, California  92130
        Telephone: (858) 720-5100
        Facsimile: (858) 720-5125
        Christian@mofo.com

2

Dated: September 3, 2015  MORRISON & FOERSTER LLP

        By:  /s/Christian G. Andreu-von Euw
            Christian G. Andreu-von Euw (CA Bar No. 265360)
            Christian@mofo.com
            M. Andrew Woodmansee (CA Bar No. 201780)
            MAWoodmansee@mofo.com
            Morrison & Foerster LLP
            12531 High Bluff Drive, Suite 100
            San Diego, California  92130-2040
            Telephone:   858.720 5100
            Facsimile:   858.720.5125

            Melissa R. Smith (24001351)
            Melissa@gillamsmithlaw.com
            Gillam & Smith LLP
            303 South Washington Avenue
            Marshall, Texas  75670
            Telephone:   903-934-8450
            Facsimile:   903-934-9257

            Attorneys for Defendant
            KYOCERA COMMUNICATIONS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 3rd day of September, 2015. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A)

                                /s/Christian G. Andreu-von Euw
                                Christian G. Andreu-von Euw
                                Christian@mofo.com