**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **FREQUENCY SYSTEMS, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | CASE NO. 2:15-cv-00684-JRG-RSP |
| **v.** § | LEAD CASE |
| § | |
| **ASUSTEK COMPUTER INC. et al** § | JURY TRIAL DEMANDED |
| **Defendant.** § | |
| § | |
| § | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective September 4, 2015, David Yang is no longer an employee of Wilmer Cutler Pickering Hale & Dorr LLP but will remain counsel of record for EnGenius Technologies, Inc. David Yang may receive all communication from the Court and other parties at:

>Walker Stephens Cannom LLP
>550 South Hope Street, Suite 460
>Los Angeles, California 90071
>Email: dyang@wscllp.com

Dated: September 8, 2015

       */s/ Melissa Richards Smith*
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmith.com
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

David Yang (California Bar No. 246132)
WALKER STEPHENS CANNOM LLP
550 South Hope Street, Suite 460
Los Angeles, California 90071
Email: dyang@wscllp.com

***COUNSEL FOR DEFENDANT***
***ENGENIUS TECHNOLOGIES, INC.***

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on September 8, 2015, in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(b)(1).

       */s/  Melissa R. Smith*
Melissa R. Smith