**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FREQUENCY SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC., et al. <br><br> Defendants. | Civil Action No. 2:15-CV-00684-JRG-RSP <br><br> (LEAD CASE) |
| FREQUENCY SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION (US) INC., & TCL COMMUNICATION INC. <br><br> Defendants. | Civil Action No. 2:15-CV-00682-JRG-RSP <br><br> (CONSOLIDATED CASE) |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants TCL Communication Technology Holdings Limited, TCL Communication (US) Inc., and TCL Communication Inc. (collectively "TCL"), files this Notice of Appearance, and hereby notify the Court that Hsiang ("James") H. Lin, of the law firm TechKnowledge Law Group LLP, 100 Marine Parkway, Suite 200, Redwood Shores, CA 94065, Telephone (650) 517-5200, E-mail: jlin@tklg-llp.com has entered this action as counsel for TCL. In connection with this notice, Mr. Lin requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

2

Dated: September 8, 2015                                   Respectfully submitted,

By: */s/ Hsiang ("James" )H. Lin*
Hsiang ("James") H. Lin
TECHKNOWLEDGE LAW
GROUP LLP
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
Tel: (650) 517-5200
Email: jlin@tklg-llp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2015 I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Hsiang* ("*James"*) *H. Lin*
Hsiang ("James") H. Lin