**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FREQUENCY SYSTEMS, LLC,, | § § § | Civil Action No. 2:15-cv-00684-JRG-RSP |
| Plaintiff | § § | |
| v. | § § | LEAD CASE |
| ASUSTEK COMPUTER INC., ET AL., | § § § | |
| Defendants. | § | |

---

| | | |
|---|---|---|
| FREQUENCY SYSTEMS, LLC, | § § § | Civil Action No. 2:15-cv-00682-JRG-RSP |
| Plaintiff, | § § | |
| v. | § § | |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION (US) INC., & TCL COMMUNICATION INC., | § § § § | CONSOLIDATED CASE |
| Defendants. | § § | |

**DEFENDANTS TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED'S, TCL COMMUNICATION (US) INC.'S, AND TCL COMMUNICATION INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants TCL Communication Technology Holdings Limited, TCL Communication (US) Inc., and TCL Communication Inc.[1] disclose the following:

1. TCL Communication (US) Inc. is, indirectly, a wholly owned subsidiary of TCL

---

[1] Defendants TCL Communication Technology Holdings Limited, TCL Communication (US) Inc., and TCL Communication Inc. are making a special appearance in this action solely to contest personal jurisdiction. Any involvement or participation in this action is not, and shall not be construed to be, an explicit or implied waiver of personal jurisdiction.

1

Communication Technology Holdings Limited, and, accordingly, TCL Communication Technology Holdings Limited has more than 10% ownership in the stock of TCL Communication (US) Inc.

2. TCL Communication Inc. is, indirectly, a wholly owned subsidiary of TCL Communication Technology Holdings Limited and, accordingly, TCL Communication Technology Holdings Limited has more than 10% ownership in the stock of TCL Communication Inc.

3. TCL Communication Technology Holdings Limited is a publicly traded company listed in Hong Kong. There is no publicly held corporation owning 10% or more of TCL Communication Technology Holdings Limited's stock.

Dated: September 8, 2015                                  FINDLAY CRAFT, P.C.

By: /s/ *Eric H. Findlay*
    Eric H. Findlay
    Brian Craft
    102 North College Avenue, Suite 900
    Tyler, TX 75702
    Tel: (903) 534-1100
    Fax: (903) 534-1137
    Email: efindlay@findlaycraft.com
    Email: bcraft@findlaycraft.com

TECHKNOWLEDGE LAW GROUP LLP
Hsiang ("James") H. Lin
Ken K. Fung
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel: (650) 517-5200
Email: jlin@tklg-llp.com
Email: kfung@tklg-llp.com

Attorneys for Defendants
TCL COMMUNICATION
TECHNOLOGY HOLDINGS
LIMITED, TCL COMMUNICATION
(US) INC., & TCL
COMMUNICATION INC.

## CERTIFICATE OF SERVICE

This is to certify that on September 8, 2015, all counsel of record were served with the foregoing document via the Court's electronic filing system.

/s/ *Eric H. Findlay*
Eric H. Findlay